

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00330-CV

**IN RE J.O.H., A.F.B., H.R., J.J.R., AND A.L.D., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On July 20, 2020, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. On July 28, 2020, appellant filed a response stating she received permission to file a late notice of appeal. In her response, she references appellate number 04-20-00135-CV, which was ultimately dismissed for lack of jurisdiction. After consideration, the notice of appeal is deemed timely filed. We **ORDER** all future filings in this matter to be filed under appellate number 04-20-00330-CV. At this time, the reporter's record is past due. We therefore **ORDER** the court reporter to file the reporter's record **by August 14, 2020**. *See* Tex. R. App. P. 35.14(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court